# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: _____**10-1064 M**_____

2) Defendant's Name: __**HERNANDEZ**_____**RONEL**_____**TERRENCE**_____
                    (Last)              (First)         (M.I.)

3) Age:_____

4) Title:_____ Section(s):_____

5) Citizen of:_____ Needs:_____Interpreter

6) Arrest Warrant Issued:_____ Date and time of arrest:_____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding:__Yes ___No   Other District:_____

8) Name of Interpreter used today:_____ Language:_____

9) Arraignment on complaint held:_____**X**_Yes _____No   Date/Time: __**9/15/10**_____

10) Detention Hearing Held:____ Bail set at:_____ ROR Entered:____ POD Entered:____

11) Temporary Order of Detention Entered:_✓_ Bail Hearing set for:__9/17/10 2pm._____

12) (a) Preliminary Hearing set for:_____; or waived:__✓_____

    (b) Removal Hearing set for:_____; or waived:_____

    (c) Status Conference set for:_____

13) ASSISTANT U.S. ATTORNEY:__**TODD KAMINSKY**_____

14) DEFENSE COUNSEL'S NAME:__**ERIC SCHLOSSER**_____
            Address:_____
            Bar Code:_____ CJA:_X_ FDNY:____ RET:__
            Telephone Number:(____)_____

15) LOG #:____ (3.26 328____)  MAG. JUDGE : **MARILYN D. GO**_____

16) ____ Defendant was advised of bond conditions by the Court and signed the bond.
    ____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _Temporary order entered. Bail hearing set for 9/17/10 2pm._

17) Complaint/Affidavit/Indictment unsealed:___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE