## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Cheryl L. Pollak    **DATE :** 9/17/10

**DOCKET NUMBER:** 10-1064M    **LOG # :** 2:32-2:37

**DEFENDANT'S NAME :** Ronel Terrence Hernandez
✓ Present    ___ Not Present    ✓ Custody    ___ Bail

**DEFENSE COUNSEL :** Eric Schlosser
___ Federal Defender    ✓ CJA    ___ Retained

**A.U.S.A:** Todd Kaminsky    **DEPUTY CLERK :** K. DiLorenzo

**INTERPRETER :** _____ (Language) _____

___ Hearing held.    ___ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.    Code Type ___    Start ___    Stop ___

___ Order of Speedy Trial entered.    Code Type ___    Start ___    Stop ___

___ Defendant's first appearance.    ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

**OTHERS :** _____