## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**   Joan M. Azrack          **DATE :**   9/29/10

DOCKET NUMBER:   **10-1064M**          LOG # :   11:40 — 11:43

DEFENDANT'S NAME :   Ronel Hernandez
✓ Present   ___ Not Present   ✓ Custody   ___ Bail

DEFENSE COUNSEL :   **Eric Schlosser**
___ Federal Defender   ✓ CJA   ___ Retained

A.U.S.A:   **Todd Kaminsky**   ~~Richard Tucker~~   DEPUTY CLERK :   **Felix Chin**

INTERPRETER : _____ (Language) _____

_____ Hearing held. _____ Hearing adjourned to_____

____ Defendant was released on_____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay entered.   Code Type____   Start 10/15/10 Stop 11/15/10

____ Order of Speedy Trial entered.   Code Type_____   Start_____ Stop _____

____ Defendant's first appearance.   ___Defendant arraigned on the indictment.

_____ Attorney Appointment of ___ FEDERAL DEFENDER ____ CJA

_____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

____ Status conference set for _____ @ _____ before Judge _____

OTHERS : _____

_____

_____