**CALENDAR : MAGISTRATE'S PROCEEDING**

BEFORE MAG. JUDGE James Orenstein DATE : 10/8/10

DOCKET NUMBER: 10-1064M LOG # : 11:42-11:43

DEFENDANT'S NAME : Jose Hernandez

✓ Present ___ Not Present ✓ Custody ___ Bail

DEFENSE COUNSEL : Eric Schlosser

___ Federal Defender ✓ CJA ___ Retained

A.U.S.A: S. Arial DEPUTY CLERK : K. DiLorenzo

INTERPRETER : ______ (Language) ______

______ Hearing held. ______ Hearing adjourned to______

____ Defendant was released on______ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by ______

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay entered. Code Type____ Start 10/8/10 Stop 10/15/10

____ Order of Speedy Trial entered. Code Type____ Start______ Stop ______

____ Defendant's first appearance. ___Defendant arraigned on the indictment.

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

____ Status conference set for ______ @ ______ before Judge ______

OTHERS : ______