## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**   James Orenstein          **DATE :** 12/22/10

**DOCKET NUMBER:**   10-1064M          **LOG #:** 2:44 — 2:54

**DEFENDANT'S NAME :**   Ronel Hernandez
✓ Present   ___ Not Present   ✓ Custody   ___ Bail

**DEFENSE COUNSEL :**   Eric Schlosser
___ Federal Defender   ✓ CJA   ___ Retained

**A.U.S.A:**   Todd Kaminsky          **DEPUTY CLERK :**   Felix Chin

**INTERPRETER :** _____ (Language) _____

__Detention__ Hearing held. _____ Hearing adjourned to_____

✓ Defendant was released on   $100,000   PRB with/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

2 Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

1 Additional surety (ies) to co-signed bond by  12/23/10

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay entered.   Code Type___   Start 12/22/10  Stop 1/20/11

___ Order of Speedy Trial entered.   Code Type___   Start___   Stop___

___ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

**OTHERS:** Dfse counsel + govt agree on a bail package.